IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

TAYLOR MEGAN LANG,

      Appellant,

    Case No. 5D21-2246

v.

    LT Case No. 2020-00832-CFFA

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed May 10, 2022

Appeal from the Circuit Court
for Flagler County,
Terence R. Perkins, Judge.

Matthew J. Metz, Public Defender, and
Kathryn Rollison Radtke, Assistant
Public Defender, Daytona Beach, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Daniel P. Caldwell,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.


    AFFIRMED.


LAMBERT, C.J., EISNAUGLE and WOZNIAK, JJ., concur.